UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RITA FASEKAS, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:13-cv-02009-APG-CWH |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| UNIVERSITY MEDICAL CENTER ) | |
| OF SOUTHERN NEVADA, ) | |
| ) | |
| Defendant. ) | |

   This matter is before the Court on Jeffrey I. Pitegoff's Sealed Response to the Order to Show Cause (#18), filed on January 23, 2014. On January 6, 2014, the Court issued an Order denying the parties' Proposed Discovery Plan and Scheduling Order (#11). *See* Order #12. In doing so, the Court noted that the parties failed to comply with Local Rules ("LR") 26-1(e) and 26-4. Accordingly, the Court ordered all counsel of record to submit a notice to the court by January 21, 2014 certifying that they have reviewed the corrections listed in the order in addition to LR 26-1 and LR 26-4. Jeffrey I. Pitegoff failed to comply with the Court's Order. Accordingly, the Court issued an Order to Show Cause why he should not be sanctioned.

   After careful review of the response brief and certification that Jeffrey I. Pitegoff has reviewed the corrections and LR 26-1 and LR 26-4, the Court finds that no sanctions are warranted at this time. Jeffrey I. Pitegoff ensured the Court that future orders will be complied with in a timely manner. Additionally, Jeffrey I. Pitegoff promptly responded to the Court's Order to Show Cause and adequately explained the failure to comply.

   Based on the foregoing and good cause appearing therefore,

   **IT IS HEREBY ORDERED** that sanctions, including monetary sanctions and a recommendation for civil contempt, shall not be imposed on Jeffrey I. Pitegoff for his failure to comply with a court order in violation of Federal Rule of Civil Procedure 16(f) and Local Rule

IA 4-1.

DATED this 28th day of January, 2014.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**